

FILED u CLERK

2005 MAR 28  P 7: 53

U.S. DISTRICT COURT
DISTRICT OF UTAH

HOLME ROBERTS & OWEN, LLP
Thomas J. Rossa, #2806
Jeffery M. Lillywhite, #8920
299 South Main Street, Suite 1800
Salt Lake City, UT 84111-2263
Telephone:    (801) 521-5800
Facsimile:    (801) 521-9639

Attorneys for Defendant HSN Improvements, LLC

---

### IN THE UNITED STATES DISTRICT COURT, DISTRICT OF UTAH
### CENTRAL DIVISION

---

| | | |
|---|---|---|
| AMERITRADE INTERNATIONAL, INC., a Utah Corporation and CRAIG D. JONES, a Utah resident, | : : : : | **MOTION TO STRIKE THE EXPERT REPORT OF DR. GLENN L.** |
| Plaintiffs, | : | **CHRISTENSEN AND THE** |
| v. | : : | **DECLARATIONS OF DENISE HALL, BRIAN COLE, AND PAT HARTMAN** |
| HSN IMPROVEMENTS, LLC, a Delaware limited liability company, | : : | |
| | : | |
| Defendant. | : | Judge Ted Stewart |
| | | Case No. 2:03CV00459 TS |

---

Defendant HSN Improvements, LLC ("IMPROVEMENTS") hereby moves the Court to

strike the Expert Report of Dr. Glenn L. Christensen and the Declarations of Denise Hall, Brian

Cole, and Pat Hartman submitted by Plaintiffs Ameritrade International, Inc. and Craig D. Jones

(collectively, "AMERITRADE"). As set forth in the memorandum filed herewith, Christensen's

report should be stricken because: (1) AMERITRADE'S designation of Christensen was

untimely; (2) AMERITRADE improperly gave Christensen confidential information in violation

of the Court's protective order; and (3) Christensen's report boldly is an effort to present hearsay

**107**

#179996 v1

in the form of a report.  Further, the declarations of Denise Hall, Brian Cole, and Pat Hartman all

contain inadmissible evidence and should be likewise stricken.

Accordingly, an order should be entered striking the Expert Report of Dr. Glenn L.

Christensen and the Declarations of Denise Hall, Brian Cole, and Pat Hartman.

A proposed order is attached for the convenience of the Court.

DATED this 28th day of March, 2005

HOLME ROBERTS & OWEN LLP

By:
Thomas J. Rossa, Esq.
Jeffery Lillywhite, Esq.
HOLME ROBERTS & OWEN LLP
Attorneys for Defendant
HSN Improvements, LLC

2

#179996 v1