# United States District Court

## CENTRAL DISTRICT OF UTAH

**EXHIBIT AND WITNESS LIST**

**Ameritrade v. HSN Impr.**                    CASE NUMBER: **2:03-CV-00459 TS**

| PRESIDING JUDGE **Ted Stewart** | PLAINTIFF'S ATTORNEY **David Wahlquist** | DEFENDANT'S ATTORNEY **Thomas Rossa** |
|---|---|---|
| TRIAL DATE(S) **May 19, 2005** | COURT REPORTER **Patti Walker** | COURTROOM DEPUTY **Yvette Evans** |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | 1 | 5/19/05 | X | X | Timeline |
|  | 24 | 5/19/05 | X | X | Brick clips- returned to counsel at the end of the hearing |
|  | 26 | 5/19/05 | X | X | Brick clips- returned to counsel at the end of the hearing |
|  | 9 | 5/19/05 | X | X | Catalog Sample list, pages of catalogs |
|  | 31 | 5/19/05 | X | X | Advertisement for Surfboards |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 187A (Rev. 7/87)

## EXHIBIT AND WITNESS LIST - CONTINUATION

| Ameritrade vs. HSN Impr. | | | | | CASE NO.<br>2:03-CV-00459 TS |
|---|---|---|---|---|---|
| PLF.<br>NO. | DEF.<br>NO. | DATE<br>OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |