# United States District Court

## CENTRAL DISTRICT OF UTAH

**EXHIBIT AND WITNESS LIST**

**Ameritrade v. HSN Impr.**                    CASE NUMBER: **2:03-CV-00459 TS**

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| **Ted Stewart** | **David Wahlquist** | **Thomas Rossa** |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| **May 19, 2005** | **Patti Walker** | **Yvette Evans** |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | 1 | 5/19/05 | X | X | Timeline |
| | 24 | 5/19/05 | X | X | Brick clips- returned to counsel at the end of the hearing |
| | 26 | 5/19/05 | X | X | Brick clips- returned to counsel at the end of the hearing |
| | 9 | 5/19/05 | X | X | Catalog Sample list, pages of catalogs |
| | 31 | 5/19/05 | X | X | Advertisement for Surfboards |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST - CONTINUATION

| Ameritrade vs. HSN Impr. | | | | | CASE NO.<br>2:03-CV-00459 TS |
|---|---|---|---|---|---|

| PLF.<br>NO. | DEF.<br>NO. | DATE<br>OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |