

FILED
RECEIVED CLERK

2005 JUL 15  P 5: 32

U.S. DISTRICT COURT
DISTRICT OF UTAH

HOLME ROBERTS & OWEN, LLP
Thomas J. Rossa, #2806
Jeffery M. Lillywhite, #8920
299 South Main Street, Suite 1800
Salt Lake City, UT 84111-2263
Telephone:     (801) 521-5800
Facsimile:     (801) 521-9639

Attorneys for Defendant HSN Improvements, LLC

---

IN THE UNITED STATES DISTRICT COURT, DISTRICT OF UTAH
CENTRAL DIVISION

---

| | | |
|---|---|---|
| AMERITRADE INTERNATIONAL, INC., a Utah Corporation and CRAIG D. JONES, a Utah resident, | : : : : | **CERTIFICATE OF SERVICE** |
| Plaintiffs, | : : | |
| v. | : : | Judge Ted Stewart |
| HSN IMPROVEMENTS, LLC, a Delaware limited liability company, | : : : | Case No. 2:03CV00459 TS |
| Defendant. | : : | |

---

I HEREBY CERTIFY that on the 15th day of July 2005, true and correct copies of the

following documents:

1.     **SUPPLEMENTAL TO REBUTTAL REPORT OF E. K. VALENTIN, PH.D.**

**UNDER RULE 26(e)(1);**

2.     **SECOND SUPPLEMENT TO EXPERT REPORT OF L. DEANE SMITH;**

and

#190379 v1

3.    this **CERTIFICATE OF SERVICE.**

were sent via hand delivery to:

        David M. Wahlquist
        Randy T. Austin
        KIRTON & McCONKIE
        1800 Eagle Gate Tower
        60 East South Temple
        P.O. Box 45120
        Salt Lake City, Utah 84145-0120
        Attorneys for Plaintiffs

        HOLME ROBERTS & OWEN LLP

By        
        Thomas J. Rossa
        Jeffery M. Lillywhite
        Attorneys for HSN Improvements LLC

2