HOLME ROBERTS & OWEN, LLP
Thomas J. Rossa, #2806
Catherine L. Brabson, #6500
Jeffery M. Lillywhite, #8920
299 South Main Street, Suite 1800
Salt Lake City, UT  84111-2263
Telephone:     (801) 521-5800
Facsimile:     (801) 521-9639

Attorneys for Defendant HSN Improvements, LLC

FILED
U.S. DISTRICT COURT

2005 AUG -8  P 4: 53

DISTRICT OF UTAH

BY:_____
        DEPUTY CLERK

---

### IN THE UNITED STATES DISTRICT COURT, DISTRICT OF UTAH
### CENTRAL DIVISION

| | | |
|---|---|---|
| AMERITRADE INTERNATIONAL, INC., a Utah Corporation and CRAIG D. JONES, a Utah resident, | : : : : | **OBJECTIONS TO PLAINTIFFS' PROPOSED ORDER REGARDING SUMMARY JUDGMENT** |
| Plaintiffs, | : | |
| v. | : : | |
| HSN IMPROVEMENTS, LLC, a Delaware limited liability company, | : : | Judge Ted Stewart Case No. 2:03CV00459 TS |
| Defendant. | : : : : | |

Defendant HSN Improvements, LLC ("IMPROVEMENTS") objects to the proposed

order filed by Plaintiffs Ameritrade International, Inc. and Craig D. Jones (collectively referred

to as "AMERITRADE") and hereby files its proposed Order regarding summary judgment.

The proposed Order filed by AMERITRADE does not reflect the court transcript of the

hearing, and on that basis, IMPROVEMENTS objects.  IMPROVEMENTS prepared its own

version of the Order to more closely reflect the court's rulings.  (A copy of IMPROVEMENTS'

proposed Order and a marked-up copy showing changes made to AMERITRADE'S Order are

#191626 v1

attached.)  For example, the court said that AMERITRADE has standing to sue as a co-plaintiff with the underlined patentee, Craig Jones.  This position is supported by the case law relied on by the court concerning patents.

Additionally, AMERITRADE wishes to delete a phrase from the transcript on page 10 of AMERITRADE'S proposed order.  The phrase "in viewing the facts in the light most favorable to the Plaintiffs" was omitted from the courts ruling even though the court used this standard and the phrase appeared in the court transcript.  Also, IMPROVEMENTS has corrected some typographical errors and syntax.

Accordingly, IMPROVEMENTS requests the court to sign its proposed version of the Order regarding summary judgment.

DATED this 8th day of August, 2005.

HOLME ROBERTS & OWEN, LLP

By: _____
Thomas R. Rossa, Esq.
Catherine L. Brabson, Esq.
Jeffery M. Lillywhite, Esq.

Attorneys for Defendant
HSN Improvements, LLC

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this ⟨8th⟩ day of August, 2005, a true and correct

copy of the foregoing **OBJECTIONS TO PLAINTIFF' PROPOSED ORDER REGARDING**

**SUMMARY JUDGMENT** and proposed **ORDER** was served via hand delivery to:

> David M. Wahlquist
> Randy T. Austin
> KIRTON & McCONKIE
> 1800 Eagle Gate Tower
> 60 East South Temple
> P.O. Box 45120
> Salt Lake City, Utah 84145-0120
> Attorneys for Plaintiffs

HOLME ROBERTS & OWEN LLP

By _Michelle Stephens_

3

#191626 v1