David M. Wahlquist (#3349)
Randy T. Austin (#6171)
KIRTON & McCONKIE
1800 Eagle Gate Tower
60 East South Temple
P.O. Box 45120
Salt Lake City, Utah 84145-0120
Telephone: (801) 328-3600
Attorneys for Plaintiffs


FILED
U.S. DISTRICT COURT

2005 AUG 19 A 11: 40

DISTRICT OF UTAH
BY:
DEPUTY CLERK

---

## IN THE UNITED STATES DISTRICT COURT, DISTRICT OF UTAH,

### CENTRAL DIVISION

---

| | | |
|---|---|---|
| AMERITRADE INTERNATIONAL, INC. a Utah Corporation and CRAIG D. JONES, a Utah resident, | : : : : | **STIPULATION AND JOINT MOTION** |
| Plaintiffs, | : : | |
| vs. | : : | Civil No. 2:03CV00459 TS |
| HSN IMPROVEMENTS, LLC, an Delaware Limited Liability Company, | : : : | Judge Ted B. Stewart |
| Defendant. | : : | |

---

The parties to this action have fully and finally resolved this matter by a separate and confidential settlement agreement. Accordingly, the parties hereby agree and stipulate and jointly move that the above entitled matter shall be dismissed with prejudice.

DATED this 18th day of August, 2005.

HOLME ROBERTS & OWEN

Thomas J. Rossa
Catherine L. Brabson
Jeffery M. Lillywhite
Attorneys for Defendant

KIRTON & McCONKIE

David M. Wahlquist
Randy T. Austin
Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of August, 2005, I caused a true and correct copy of the

foregoing **STIPULATION AND JOINT MOTION** to be mailed through United States mail,

postage prepaid, to the following:

> Thomas J. Rossa
> Catherine L. Brabson
> Jeffery M. Lillywhite
> HOLME, ROBERTS & OWEN
> 299 South Main Street, Suite 1800
> Salt Lake City, UT 84111-2263